**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO.: 0:22-cv-61903-WPD**

HOWARD COHAN,

     Plaintiff,

vs.

8181 ASSOCIATES,
d/b/a BANK OF AMERICA,

     Defendant.

_____/

## <u>NOTICE OF PENDING SETTLEMENT</u>

Plaintiff, HOWARD COHAN ("Plaintiff") and Defendant, 8181 ASSOCIATES, d/b/a BANK OF AMERICA ("Defendant"), by and through undersigned counsel, pursuant to Local Rule 16.4, hereby give notice that Plaintiff and Defendant ("Parties") have reached an agreement for the resolution of this matter and are in the process of finalizing settlement documents. The Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties thirty (30) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated this 19th day of December, 2022.

| | |
|---|---|
| BY:  */s/ Jason S. Weiss* | BY:  */s/ Ryan M. Aboud, Esq.* |
| Jason S. Weiss | Ryan M. Aboud, Esq. |
| Jason@jswlawyer.com | FBN: 27366 |
| Florida Bar No. 356890 | **Ryan M. Aboud, P.A.** |
| **WEISS LAW GROUP, P.A.** | 980 N. Federal Hwy., Suite 110 |
| 5531 N. University Drive, Suite 103 | Boca Raton, FL 33432 |
| Coral Springs, FL 33067 | Telephone: (561) 208-8205 |
| Tel: (954) 573-2800 | Telephone (954) 552-7739 |
| Fax: (954) 573-2798 | Ryan@RMALaw.net |
| | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |