UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:22-CV-61903-WPD

HOWARD COHAN

     Plaintiff,

vs.

8181 ASSOCIATES, d/b/a
BANK OF AMERICA,

     Defendant.

_____/

## ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal With

Prejudice (the "Notice") [DE 19], filed herein on January 20, 2023. The Court has carefully

reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  The Notice [DE 19] is hereby **APPROVED;**

2.  This case is **DISMISSED WITH PREJUDICE**; and

3.  The Clerk shall **CLOSE** this case.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida,

this 20th day of January, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record